FILED by \_\_MM\_\_ D.C.

Feb 21, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. **23-60036-CR-DIMITROULEAS/AUGUSTIN-BIRCH**

18 U.S.C. § 1512(c)(2)
18 U.S.C. § 981(a)(1)(C)

**UNITED STATES OF AMERICA**

vs.

**TANIKA CANDY HOSPEDALES,**
      a/k/a "Keyaira Bostic,"

      **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

From on or about November 15, 2021, and continuing through on or about November 24, 2021, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**TANIKA CANDY HOSPEDALES,**
a/k/a "Keyaira Bostic,"

did corruptly obstruct, influence, impede, and attempt to obstruct, influence, and impede, an official proceeding, that is, a federal criminal trial in the case of *United States v. Keyaira Bostic*, No. 20-60139-CR-WPD, in which she was the defendant, by appearing and providing false testimony at trial that her name was "Keyaira Bostic," when in truth and in fact, and as the defendant well knew, her name was not "Keyaira Bostic," and she had previously stolen and assumed the identity of the real individual named "Keyaira Bostic," in violation of Title 18, United States Code, Section 1512(c)(2).

## FORFEITURE ALLEGATIONS

1.      The allegations of this Information are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TANIKA CANDY HOSPEDALES**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1512(c)(2), as alleged in this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____  
MARKENZY LAPOINTE  
UNITED STATES ATTORNEY

_____  
Fd/ GLENN S. LEON  
CHIEF, FRAUD SECTION

_____  
DAVID S. TURKEN  
ASSISTANT UNITED STATES ATTORNEY

_____  
Fd/ PHILIP B. TROUT  
TRIAL ATTORNEY, FRAUD SECTION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

TANIKA CANDY HOSPEDALES,
a/k/a "Keyaira Bostic",
_____/
                    Defendants.

CASE NO.:

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of New Counts _____

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☑ FTL
- ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take  0  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   ☑ 0 to 5 days
   - II  ☐ 6 to 10 days
   - III ☐ 11 to 20 days
   - IV  ☐ 21 to 60 days
   - V   ☐ 61 days and over

   (Check only one)
   - ☐ Petty
   - ☐ Minor
   - ☐ Misdemeanor
   - ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) Yes
   If yes, Judge Dimitrouleas   Case No. 20-CR-60139

9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the           District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: /s/ David Turken
David Turken
Assistant United States Attorney
FLA Bar No.    28573

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  TANIKA CANDY HOSPEDALES, aka Keyaira Bostic

**Case No:** _____

Count # 1:

Obstruction of an Official Proceeding

Title 18, United States Code, Section 1512(c)(2)
* Max. Term of Imprisonment: Twenty (20) Years
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release: Three (3) Years
* Max. Fine: $250,000.00

Count #:


* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

Count #:


* Max. Term of Imprisonment:
* Mandatory Min. Term of Imprisonment (if applicable):
* Max. Supervised Release:
* Max. Fine:

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| TANIKA CANDY HOSPEDALES, | ) | |
| a/k/a "Keyaira Bostic,", | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*